IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MILAGRO HOLDINGS, LLC, *et al.*, | Case No. 15-11520 (KG) |
| Debtors.[1] | Jointly Administered |
| | **Docket Ref. No. 126** |

### NOTICE OF AMENDMENT TO SCHEDULE F OF ASSETS AND LIABILITIES OF MILAGRO PRODUCING, LLC

**PLEASE TAKE NOTICE** that pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the *Order (I) Establishing Bar Dates for Filing Proofs of Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* (the "Bar Date Order") [Docket No. 145] entered on August 17, 2015, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby amend Schedule F of the Schedules of Assets and Liability [Docket No. 126] (the "Schedules") of Milagro Producing, LLC ("Producing") as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as Exhibit 1 is an amendment (the "Schedule Amendment") to Schedule F of Producing's Schedules. This Schedule Amendment includes an additional claim against Producing. The Schedules of Producing are otherwise unaltered with respect to any and all information previously included therein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

01:17601099.1

**PLEASE TAKE FURTHER NOTICE** that the Schedule Amendments remain subject to the *Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs* filed with the Schedules.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bar Date Order, the party whose claim is listed in the Schedule Amendment (the "<u>Affected Claimant</u>"), **must file a proof of claim, if any, by September 24, 2015, at 4:00 P.M. (Prevailing Eastern Time) (the "<u>Bar Date</u>"). Pursuant to the Bar Date Order, if the Affected Claimant fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date, such party shall not be permitted to (a) vote to accept or reject any plan filed in these chapter 11 cases or (b) participate in any distribution in these chapter 11 cases on account of such Claim.**

**PLEASE TAKE FURTHER NOTICE** that, along with this Notice, the Affected Claimant will be provided with (i) a copy of the Bar Date Order; and (ii) a proof of claim form.

**PLEASE TAKE FURTHER NOTICE** that, any entities who filed a proof of claim before the filing of this Schedule Amendment shall not be required to file another proof of claim, unless they wish to modify the claim set forth in such filed proof of claim.

## <u>RESERVATION OF RIGHTS</u>

The Debtors reserve the right to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules or Schedule Amendment as to nature, amount, liability, classification or otherwise. Nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds. The Debtors also reserve the right to file any additional amendments or supplements to the Debtors' Schedules or Statement of Financial Affairs.

01:17601099.1

Dated: Wilmington, Delaware    YOUNG CONAWAY STARGATT & TAYLOR, LLP
August 25, 2015

*/s/ Justin P. Duda*
M. Blake Cleary (No. 3614)
Joel A. Waite (No. 2925)
Ryan M. Bartley (No. 4985)
Ian J. Bambrick (No. 5455)
Justin P. Duda (No. 5478)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

- and -

John F. Higgins
Eric M. English
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6687
Facsimile: (713) 226-6287

*Co-Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT 1**

**Schedule Amendment**

01:17601099.1

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MILAGRO HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 15-11520 (KG) |
| Debtors.[1] | ) ) | Joint Administered |

# AMENDMENT TO SCHEDULE F OF THE
# SCHEDULE OF ASSETS AND LIABILITIES
# FOR MILAGRO PRODUCING, LLC
# (CASE NO. 15-11523 (KG))

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Milagro Holdings, LLC (7232); Milagro Oil & Gas, Inc. (7173); Milagro Exploration, LLC (9260); Milagro Producing, LLC (9330); Milagro Mid-Continent, LLC (8804); and Milagro Resources, LLC (6134). The Debtors' mailing address is 1301 McKinney Street, Suite 500, Houston, Texas 77010.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Delaware

In re  **Milagro Producing, LLC**, Debtor

Case No. **15-11523**

Chapter **11**

## AMENDMED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 27 | 285,690,872.77 | | |
| B - Personal Property | Yes | 4 | 15,558,657.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 417,508,106.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 219,520.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| | | Total Assets | 301,249,530.29 | | |
| | | | Total Liabilities | 417,727,626.16 | |

B6F (Official Form 6F) (12/07)

In re   **Milagro Producing, LLC**                              ,   Case No.   **15-11523**
                            Debtor

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

   State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**See Schedule F Attachment**<br><br>**Schedule F Amended Amount**<br><br>**Total Schedule F Including Amended Amount** | | | - | | | | <br><br><br><br>**Unknown**<br><br>219,520.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__  continuation sheets attached

| | Subtotal (Total of this page) | 219,520.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 219,520.00 |

In re Milagro Producing, LLC
Case No. 15-11523
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Indigo Minerals LLC | A. Paul LeBlanc, Jr. | Phelps Dunbar LLP | II City Plaza | 400 Convention Street, Suite 1100 | Baton Rouge | LA | 70802 | | Servitude Dispute | x | x | x | Unknown |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   Milagro Producing, LLC                                              Case No.   15-11523
                                        Debtor(s)                           Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President - Business Development and Land of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 25, 2015                    Signature  /s/ Marshall Munsell
                                                    Marshall Munsell
                                                    Executive Vice President - Business Development and Land

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.